UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALBERT RICH,

           Plaintiff,

      v.

WASHINGTON POST, *and their Predecessor,*
*Successors, Agents and/or Assigns,*

           Defendant.

Civil Action No.
16-cv-138-RJL

*Amended*

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Malbert Rich

hereby dismisses, with prejudice, all claims against Defendant The Washington Post,

with each side to bear its own costs and attorney's fees.

Dated:  August ⟶ 2016      Respectfully submitted,

                     By: _____
                     Malbert Rich
                     11306 Crown Ct.
                     Fredericksburg, VA 22407
                     *Plaintiff*, pro se

RECEIVED

AUG 1 0 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

6